UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:23−cv−09106−HDV−SSC      Date   2/6/2024

Title   _LEEMANUEL WEILCH V. LA SMOKE SHOP ET AL_

Present:   The Honorable   Hernán D. Vera, United States District Judge

   Wendy Hernandez                        Not Reported
       Deputy Clerk                         Court Reporter

   Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:
           None Present                            None Present

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL
                     FOR LACK OF PROSECUTION**

   Plaintiff is ordered to show cause, in writing, no later than  February 13, 2024  why this
action should not be dismissed for lack of prosecution.  The Court will consider the filing of
the following on or before the above date as an appropriate response to this Order to Show
Cause.

   _   Proof of service of summons and complaint.

   X    Response to complaint by the defendant or an application for entry of default
        pursuant to Federal Rules of Civil Procedure 55(a).

   _    Application for entry of default judgment pursuant to Federal Rules of Civil
        Procedure 55(b).

   No oral argument on this matter will be heard unless otherwise ordered by the Court. *See*
Fed. R. Civ. P. 78; Local Rule 7-15. Failure to respond to the Order to Show Cause will result
in the dismissal of this action.

**IT IS SO ORDERED.**